# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 10-1667

_____

Larry Kenneth Alexander,                    *
                                            *
            Appellant,                      *
                                            *
      v.                                    *
                                            *
John A. Hedback, Trustee of the             *
Bankruptcy Estate of Georgia                *
Yvonne Stephens,                            *
                                            *
            Appellee.                       *


_____                    Appeals from the United States
                               District Court for the
No. 10-1855                    District of Minnesota and
                               the Bankruptcy Appellate Panel.
_____
                                            *
In re:  G. Yvonne Stephens                  *
                                            *    [UNPUBLISHED]
            Debtor                          *
                                            *
--------------------------------------      *
                                            *
G. Yvonne Stephens                          *
                                            *
            Appellant,                      *
                                            *
      v.                                    *
                                            *
John A. Hedback, Trustee of the             *
Bankruptcy Estate of G. Yvonne              *
Stephens; Mary Jo A.                        *

Jensen-Carter, Trustee of the       *
Bankruptcy Estate of Larry         *
K. Alexander,                    *
                                  *
         Appellees.           *

_____

Submitted: October 4, 2010
Filed: October 6, 2010
_____

Before LOKEN, MURPHY, and BENTON, Circuit Judges.
_____

PER CURIAM.

In these consolidated appeals, Larry Alexander challenges the district court's[1] order dismissing his action for a declaratory judgment as to his ownership of real property (No. 10-1667); and G. Yvonne Stephens challenges the order of the Bankruptcy Appellate Panel (BAP) affirming the bankruptcy court's[2] approval of a settlement between trustees regarding the same property (No. 10-1855).

In No. 10-1667, we find that dismissal was proper for the reasons stated by the district court. See Followell v. United States, 532 F.3d 707, 708 (8th Cir. 2008) (de novo review). In No. 10-1855, we agree with the BAP's analysis in all respects. See In re Vote, 276 F.3d 1024, 1026 (8th Cir. 2002) (court of appeals applies same

_____

[1]The Honorable Davis S. Doty, United States District Judge for the District of Minnesota.

[2]The Honorable Dennis D. O'Brien, United States Bankruptcy Judge for the District of Minnesota.

-2-

standard of review as BAP, reviewing bankruptcy court's findings of fact for clear error, and its conclusions of law de novo). Accordingly, we affirm. <u>See</u> 8th Cir. R. 47B.

_____